UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LOUIS BOY WINTERS,

       Petitioner,

v.                                **ORDER**
                                 Civil File No. 14-1154 (MJD/SER)

UNITED STATES OF AMERICA,

       Respondent.

Louis Boy Winters, pro se.

Ana H. Voss and D. Gerald Wilhelm, Assistant United States Attorneys, Counsel for Respondent.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Steven E. Rau dated May 12, 2014. [Docket No. 2]  Petitioner filed objections to the Report and Recommendation. [Docket No. 3]

      Pursuant to statute, the Court has conducted a _de novo_ review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Rau dated May 12, 2014.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated May 12, 2014 [Docket No. 2].

2. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1] is **DENIED**; and

3. This action is **DISMISSED** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  July 7, 2014                    s/ Michael J. Davis
                                        Michael J. Davis
                                        Chief Judge
                                        United States District Court